UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAFAEL ARROYO, | Case No. 21-cv-01016-JCS |
|---|---|
| Plaintiff. | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| HUSKIES OWNER LLC, | Re: Dkt. No. 26 |
| Defendant. | |

**( ) Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant.

Dated: July 1, 2021

Susan Y. Soong, Clerk

By: *Karen L. Hom*
Karen L. Hom
Deputy Clerk